**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

July 22, 2020

**Via ECF**
Honorable John Michael Vazquez
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      **RE**: Sidney Rabinowitz M.D. v. United Healthcare Insurance Company
            Docket No.: 20-07043

Dear Judge Vazquez,

    I represent the Plaintiff in the above captioned matter. In response to Your Honor's letter order of July 21, 2020, Plaintiff requests an extension for Defendant to answer out of time, up to and including August 10, 2020.

    We thank the Court for its courtesies in this regard.

Very truly yours

Michael Gottlieb

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 7/23/2020