**SCHWARTZ SLADKUS REICH GREENBERG ATLAS LLP**

Michael Gottlieb – Direct: 212-743-7054 – mgottlieb@ssrga.com

August 3, 2020

**Via ECF**
Honorable John Michael Vazquez
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

        **RE:**    Sidney Rabinowitz M.D. v. United Healthcare Insurance Company
                  Docket No.: 20-07043

Dear Judge Vazquez,

    Kindly allow this letter to confirm that the parties have reached settlement in the above-captioned matter. As such, the Court can enter a 60-day administrative termination order. We thank the Court for its courtesies in this regard.

Very truly yours,

Michael Gottlieb