UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIDNEY RABINOWITZ, M.D.<br><br>    Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    Defendant. | Index No.: 20-07043<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Sidney Rabinowitz, M.D., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant United Healthcare Insurance Company with prejudice. Each party shall bear their own costs.

Dated: New York, New York
       September 14, 2020

                                    SCHWARTZ SLADKUS
                                    REICH GREENBERG ATLAS LLP
                                    *Attorneys for Plaintiff*

                            By:     /s/ Michael Gottlieb
                                    Michael Gottlieb
                                    444 Madison Avenue
                                    New York, New York 10022
                                    (212) 743-7054

1