UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SIDNEY RABINOWITZ, M.D.<br><br>       Plaintiff,<br><br>-against-<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>       Defendant. | Index No.: 20-07043<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

  Plaintiff Sidney Rabinowitz, M.D., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant United Healthcare Insurance Company with prejudice. Each party shall bear their own costs.

Dated: New York, New York
    September 14, 2020

                   SCHWARTZ SLADKUS
                   REICH GREENBERG ATLAS LLP
                   *Attorneys for Plaintiff*

              By: /s/ Michael Gottlieb
                  Michael Gottlieb
SO ORDERED.           444 Madison Avenue
s/ John Michael Vazquez       New York, New York 10022
John Michael Vazquez, U.S.D.J.    (212) 743-7054

Date: 9/30/2020

1